# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| **Body is the Temple, LLC,** | : | Case No. 25-10031 (PMM) |
| | : | |
| **Debtor.** | : | |

## ORDER TO SHOW CAUSE

**AND NOW**, this bankruptcy case having been filed on January 3, 2025;

**AND** despite the fact that the Debtor is a corporation, the bankruptcy petition having been filed and signed by Joseph Mastando "*pro se*" on behalf of the Debtor;

**AND** Mr. Mastando previously filed a *pro se* bankruptcy case on behalf of an alias of the Debtor in the above captioned case, see case no. 24-12946 Shin Karate;

**AND**, by virtue of federal law, e.g., 28 U.S.C. §1654, courts having held that a corporation must appear in a federal court through counsel and may not appear *pro se*. Simbraw, Inc. v. United States, 367 F. 2d 373 (3d Cir. 1966);

**AND** the Shin Karate case was dismissed due to the Debtor's failure to obtain counsel, see orders nos. 7 and 11;

AND thus the Debtor may have filed this bankruptcy case without the intent of pursuing a legitimate bankruptcy purpose;

Accordingly, it is hereby **ordered** that:

1. The Debtor **SHALL APPEAR** for a hearing on **Wednesday, January 22, 2025 at 9:30 a.m. in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107** and **show cause** why this case should not be **dismissed as having been filed in bad faith and a one year bar order entered**.

2. Failure to appear for the hearing may result and or to retain counsel may result in **dismissal of this case as well as the imposition of a one (1) year bar to filing** without further notice or hearing.

*Patricia M. Mayer*

Date:  1/6/25

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE

Copy to:
Body is the Temple,LLC,
709 W.Oregon Ave.
Philadelphia, PA 19148
PHILADELPHIA-PA