# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:  Body is the Temple, LLC,**

:     Chapter 11

:

:     Case No. 25-10031 (PMM)

:

**Debtor.**

### ORDER DISMISSING BANKRUPTCY CASE AND BARRING DEBTOR

**AND NOW** a hearing with regard to the Order to Show Cause (doc.# 5) having been held and concluded on January 22, 2025;

AND a representative of the Debtor having failed to appear at the hearing;

AND for the reasons stated at the hearing;

It is hereby **ordered** that:

1) This bankruptcy case is **dismissed**; and

2) The Debtor is **barred from filing another bankruptcy case in the above captioned name or in the name of any alias within one (1) year of the date of this Order without further leave of Court.**

*Patricia M. Mayer*

**Date:  1/22/25**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Body is the Temple,LLC,Anthony Dispensa,Sole Prop.
709 W.Oregon Ave.
Philadelphia, PA 19148