To whom it may concern:

JAN 23 2025

My name is Anthony Dispensa
Body is the temple llc
acquire 709 W. Oregon Ave
2nd Fl Phila Pa. 19148
the 1st Floor is holding
my mail. I never recieved
a court date, that is why I
am currently here in person.
I have no idea why I am Banked
this is my First Filing in
this procedure. I would like a
Right to plead my case.
I have nothing to do with the
Downstairs tenants. I was
told to add them to my paper work
to Differentiate the two of us.
please allow me to talk to someone.
814-483-4827